

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MATTHEW KAYLIN IVERSON, | § | No. 08-23-00105-CR |
| Appellant, | § | Appeal from the |
| v. | § | 198th District Court |
| THE STATE OF TEXAS, | § | Of Kerr County, Texas |
| Appellee. | § | (TC# B21-131-Count 1) |

### J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 18TH DAY OF AUGUST, 2023.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.